**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **ESTECH SYSTEMS IP, LLC,**<br>Plaintiff,<br>**v.**<br>**MITEL NETWORKS CORPORATION**<br>Defendant. | Case No. 2:26-cv-931<br>RULE 7.1 DISCLOSURE STATEMENT<br>JURY TRIAL DEMANDED |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Estech Systems IP, LLC hereby provides the following amended corporate disclosure statement:

Estech Holdings, Inc. is a parent corporation of Estech Systems IP, LLC and owns 10% or more of the stock of Estech Systems IP, LLC.

1. Each member of Plaintiff Estech Systems IP, LLC is a citizen of the State of Texas; and
2. Defendant Mitel Networks Corporation is a citizen of a foreign nation Canada.

Dated: October 15, 2026

Respectfully submitted,

By: /s/ *Fred I. Williams*

Fred I. Williams
Texas State Bar No. 00794855
Lea N. Brigtsen
Texas State Bar No. 24054504
Stephen R. Dartt
Texas State Bar No. 24042370
WILLIAMS SIMONS & LANDIS PC
The Littlefield Building
106 East Sixth Street, Suite 900-168
Austin, TX 78701
Tel: 512-543-1354
fwilliams@wsltrial.com
lbrigtsen@wsltrial.com

sdartt@wsltrial.com

*Attorneys for Plaintiff Estech Systems IP, LLC*