**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ESTECH SYSTEMS IP, LLC,<br>*Plaintiff*,<br>v.<br>MITEL NETWORKS CORPORATION,<br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:26-cv-931-JRG-RSP<br>(Lead Case) |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion to File Under Seal Portions of Its Complaint. **Dkt. No. 4.** Having considered the Motion, and noting its unopposed nature, the Court finds it should be, and hereby is, **GRANTED**. Accordingly, it is

**ORDERED** that the unredacted Original Complaint (Dkt. No. 1) shall remain under seal. It is

**FURTHER ORDERED** that the redacted Original Complaint attached as Exhibit A to the Motion shall be filed on the public docket.

**SIGNED this 6th day of November, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE