**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ESTECH SYSTEMS IP, LLC, *Plaintiff*, v. MITEL NETWORKS CORPORATION, *Defendant*. | § § § § § § § | CASE NO. 2:26-CV-0931-JRG-RSP (Lead Case) |

## <u>ORDER</u>

Before the Court is Defendant's Unopposed Motion to File Under Seal Portions of Its Motion to Dismiss. **Dkt. No. 7.** Having considered the Motion, and noting its unopposed nature, the Court finds it should be, and hereby is, **GRANTED**. Accordingly, it is

**ORDERED** that the unredacted Motion to Dismiss, the unredacted Halverson Declaration, and Exhibit A to the Motion to Dismiss may remain under seal. It is further

**ORDERED** that the redacted Motion to Dismiss, the redacted Halverson Declaration accompanying the Motion to Dismiss, and the redacted Exhibit A to the Motion to Dismiss shall be filed on the public docket.

**SIGNED this 11th day of November, 2026.**



ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE